DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAFAEL MARQUEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-68

[March 22, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case Nos. 12-6083 CF10A and 13-3667 CF10A.

Rafael Marquez, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***